ACCEPTED
14-15-00177-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/12/2015 11:06:21 AM
CHRISTOPHER PRINE
CLERK

# No. 14-15-00177-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/12/2015 11:06:21 AM
CHRISTOPHER A. PRINE
Clerk

## In The Fourteenth Court of Appeals of Houston, Texas

**JEFFREY M. LORANCE,**

*Appellant,*

**v.**

**MOREQUITY, INC. AND PEAK FORECLOSURE SERVICES, INC.;**

*Appellees.*

*On Appeal from the 164th District Court of Harris County, Texas*
*No. 2013-77187*

### NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellee Morequity, Inc. designates Chris Dove and the firm of Locke Lord LLP as lead counsel on appeal.

Kelley J. Harvey of the Harvey Law Group was trial counsel when this case was tried in the 164th District Court of Harris County, Texas. Chris Dove and the firm of Locke Lord LLP now make their appearance in

this Court on behalf of Morequity, Inc.   Pursuant to TEX. R. APP. P. 6.1(c),

Morequity, Inc. designates Chris Dove as lead counsel for this appeal.

The necessary information for Mr. Dove is as follows:

> Chris Dove
>   State Bar No. 24032138
> Locke Lord LLP
> 600 Travis St., Suite 2800
> Houston, TX  77002
> (713) 226-1200 (Telephone)
> (713) 223-3717 (Facsimile)
> cdove@lockelord.com

### PRAYER

Appellee Morequity, Inc. asks this Court to record that Chris Dove

and the firm of Locke Lord LLP are lead counsel for Morequity, Inc. in this

case on appeal.

> Respectfully submitted,
>
> **LOCKE LORD LLP**
>
> By:  /s/ Chris Dove
>         Chris Dove
>           State Bar No. 24032138
>           cdove@lockelord.com
>         600 Travis St., Suite 2800
>         Houston, TX  77002
>         (713) 226-1200 (Telephone)
>         (713) 223-3717 (Facsimile)
>
> **ATTORNEY FOR MOREQUITY, INC.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2015, a true and correct copy of the foregoing brief was served on the following counsel of record via U.S. mail, postage prepaid and/or by electronic filing where possible:

Jeffrey M. Lorence

14015 Hollow Pine Court

Houston, TX  77049


Jeffrey M. Lorence

510 N. Main

Dayton, TX  77535

*Appellant, Pro Se*


Kelly J. Harvey

Harvey Law Group

P.O. Box 131407

Houston, TX  77219

Kelly@kellyharvey.com

*Trial Counsel for Appellee Morequity, Inc.*


/s/  Chris Dove
Chris Dove